FILED

FEB 0 9 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                 DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO.  |
| Plaintiff, | * | INDICTMENT |
| V. | * | [VIO: COUNT ONE, COUNT TWO and |
| MARIA CHRISTINA RODRIGUEZ, | * | COUNT THREE: 18 U.S.C. 641 – Theft of Government Property; COUNT FOUR Food Stamp Benefit Fraud: 7 U.S.C. § 2024(b)] |
| Defendant | * | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. 641]

Beginning in or about November, 2006, and continuing without interruption until in or about October, 2014, the exact dates unknown, in the Western District of Texas, the Defendant,

**MARIA CHRISTINA RODRIGUEZ,**

did knowingly embezzle, steal, purloin or knowingly convert to her use, property of the United States Department of Housing and Urban Development (HUD), a department or agency of the United States, and the value of such property in the aggregate amount exceeds $1,000, in violation of Title 18, United States Code, Section 641.

## COUNT TWO
### [18 U.S.C. 641]

Beginning in or about November, 2006, and continuing without interruption until in or about October, 2014, the exact dates unknown, in the Western District of Texas, the Defendant,

**MARIA CHRISTINA RODRIGUEZ,**

did knowingly embezzle, steal, purloin or knowingly convert to her use, property of the United States Department of Agriculture (USDA), a department or agency of the United States, and the value of such property in the aggregate amount exceeds $1,000, in violation of Title 18, United States Code, Section 641.

## COUNT THREE
### [18 U.S.C. 641]

Beginning in or about November, 2006, and continuing without interruption until in or about October, 2014, the exact dates unknown, in the Western District of Texas, the Defendant,

**MARIA CHRISTINA RODRIGUEZ,**

did knowingly steal or purloin a thing of value of the Social Security Administration, a department or agency of the United States, to-wit: Supplemental Social Security Income benefits, and the value of such property in the aggregate amount exceeds $1,000, in violation of Title 18, United States Code, Section 641.

## COUNT FOUR
### [7 U.S.C § 2024(b)]

Beginning in or about November, 2006, and continuing without interruption until in or about October, 2014, the exact dates unknown, in the Western District of Texas, the Defendant,

**MARIA CHRISTINA RODRIGUEZ,**

did knowingly, use, transfer, acquire, alter and possess benefits of the Department of Agriculture Supplemental Food Stamp Program and its successor, the Nutrition Assistance Program (SNAP), a department and agency of the United States, based upon the submission of false and fraudulent information, and the nondisclosure of material facts, to wit: that MARIA CHRISTINA RODRIGUEZ failed to disclose her household composition and ownership of a business that

generated income during the entire time period, and as a result she obtained benefits from the Department of Agriculture Food Stamp Program and its successor, SNAP, to which the defendant knew she was not entitled, having a value in excess of $5,000 all in n violation of 7 U.S.C § 2024(b).

A TRUE BILL:

_____
FOREPERSON

SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: CHRISTOPHER M. BLANTON
Assistant United States Attorney