AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   W-16-CR-037 |
| MARIA CHRISTINA RODRIGUEZ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARIA CHRISTINA RODRIGUEZ

who is accused of an offense or violation based upon the following document filed with the court:

X Indictment    ☐ Superseding Indictment ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. 641 - Theft of Government Property.
Count 2: 18 U.S.C. 641 - Theft of Government Property
Count 3: 18 U.S.C. 641 - Theft of Government Property
Count 4: 7 U.S.C. 2024 - Food Stamp Benefit Fraud

JEANNETTE J. CLACK
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

By: _____
   Deputy Clerk

February 10, 2016 Waco, TX
Date and Location

Bail fixed at $ _____ NO BOND _____

by   Jeffrey C. Manske, U.S. Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*