# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| United States of America | § |
| | §  CRIMINAL NO: |
| vs. | §  WA:16-CR-00037(1)-RP |
| | § |
| (1) Maria Christina Rodriguez | § |

## ORDER SETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING** in District Courtroom #2, on the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Tuesday, June 28, 2016 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five days of the date of the hearing.

IT IS SO ORDERED this 5th day of April, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE