Case No: 6:16cr37
PO: [TDH]

Clerk's Copy

Case 6:16-cr-00037-RP  Document 38  Filed 09/07/16  Page 1 of 1

FILED 09/02/16
Doc. #36

SEP 0 2 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

UNITED STATES OF AMERICA

v.

MARIA CHRISTINA RODRIGUEZ

Defendant.

Case Number: 6:16-CR-00037-RP
USM Number: 67174-380

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, MARIA CHRISTINA RODRIGUEZ, was represented by Doyle L. Young.

The defendant pled guilty to Counts One (1), Two (2), Three (3) and Four (4) of the Indictment on April 5, 2016. Accordingly, the defendant is adjudged guilty of such Counts, involving the following offenses:

| Title & Section | Nature of Offense | Offense Ended | Counts |
|---|---|---|---|
| 18:641.F | Theft of Government Property | 10/31/2014 | 1 - 3 |
| 7:2024(b) | Food Stamp Benefit Fraud | 10/31/2014 | 4 |

As pronounced on August 29, 2016, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Signed this 1st day of September, 2016.

ROBERT PITMAN
United States District Judge